B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Stockton Turner, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Stockton Turner & Company** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-3554166** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2250 Lucien  Way, Suite 140**<br>**Maitland, FL**<br>ZIP Code **32751** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9               of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13             of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as         business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Stockton Turner, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Stockton Turner, LLC**

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ James Monroe**
Signature of Attorney for Debtor(s)

**James Monroe 311995**
Printed Name of Attorney for Debtor(s)

**James H. Monroe, P.A,**
Firm Name
**PO Box 540163**
**Orlando, FL 32854-0163**

_____
Address

**Email: JamesMonroe@JamesMonroePA.com**
**407-872-7447  Fax: 407-872-7491**
Telephone Number
**November 17, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Douglas Turner**
Signature of Authorized Individual
**Douglas Turner**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**November 17, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtupcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Stockton Turner, LLC**
_____ ,
                               Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 524,199.49 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 21 | | 285,740.24 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 216,242.91 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 46 | | | |
| Total Assets | | | 524,199.49 | | |
| Total Liabilities | | | | 501,983.15 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Stockton Turner, LLC**                                                          ,    Case No. _____

                                                        Debtor

                                                                     Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Stockton Turner, LLC**                                                                ,     Case No. _____
                                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

**0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Stockton Turner, LLC**                            ,     Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Regions Bank, 111 North Orange Avenue, Orlando, FL 30801**<br>**xxx4471** | - | 31,537.66 |
| | | **Regions Bank, 111 North Orange Avenue, Orlando, FL32801**<br>**xxx5066** | - | 100.00 |
| | | **Regions Bank, 111 North Orange Avenue, Orlando, FL 32801**<br>**xxx5058** | - | 49.65 |
| | | **Gateway Bank, FSB, 919 Clement Street, San Francisco, CA 94118**<br>**xxx4306** | - | 0.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | **Lotstein Buckman, 5185 MaxArthur Boulevard, Washington, DC 20016-341 - Retainer** | - | 2,500.00 |
| | | **Natany Bramingham, Inc., 1760 Bristol Road, Suite 160, Warrington, PA 18976** | - | 10,338.18 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |

|  | Sub-Total > | 44,525.49 |
|---|---|---|
|  | (Total of this page) | |

   **3**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Stockton Turner, LLC**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **2 CD's - Region Bank** | - | **6,000.00** |
| 16. Accounts receivable. | | **Revenue From Unknown Loan Closings** | - | **0.00** |
| | | **Estimated Amount (Accounts Receivable From former Employees available and will be forwarded to Chapter 7 Trustee)** | - | **464,949.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **New Century Liquidating Trust, Trust ID No. 37-6431624, Alan M. Jacobs, Trustee, New Century Liquidating Trust, c/o AMJ Advisors, LLC, 999 Century Avenue, Suite 208, Woodmere, NY 11598 (Chapter 11 Case)** | - | **Unknown** |

Sub-Total >          **470,949.00**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Stockton Turner, LLC**                                     ,        Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Broiler, Coffee Maker, Toaster, Cabinet, Coffee Table, Phone Sytem, Cannon Scanner, 6 Servers, Copier-Workcenter, 1HP Computer, 1 Monitor, 1 Gestetner, Brother HL5170DN, 1 Deskjet Printer, 4 Computers (broke), Copier Work Center, File Cabinets, Bookcases, Credenzas, Chairs, Lamps, Tables, 3 Computers, 12 Monitors** | - | **8,725.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

|  | Sub-Total > | **8,725.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Stockton Turner, LLC**                                              ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          **0.00**
(Total of this page)
Total >     **524,199.49**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Stockton Turner, LLC**                                                    Case No. _____
                                                                    ,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | |
| | | | | | Total (Report on Summary of Schedules) | | 0.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **Stockton Turner, LLC**                                                    ,    Case No. _____
                                                                     Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**20** _____ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re __Stockton Turner, LLC_____ ,    Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **TN0006** <br><br> **Adedoyin Adeyeye** <br> **5160 Rice Road, #334** <br> **Antioch, TN 37013** | - | | **09/28/2009** <br><br> **Funds Due to Branch Manager Bonus** | | | | 1,647.28 | 0.00 | 1,647.28 |
| Account No. **FL0285** <br><br> **Adriana Rodriguez** <br> **801 Brickell Key Blvd., #703** <br> **Miami, FL 33131** | - | | **09/28/2009** <br><br> **Manager Bonus** | | | | 62,461.17 | 0.00 | 62,461.17 |
| Account No. **FL0318** <br><br> **Amanda Day** <br> **4403 30th Avenue, East** <br> **Bradenton, FL 34208** | - | | **09/28/2009** <br><br> **Manager Bonus** | | | | 9.84 | 0.00 | 9.84 |
| Account No. **FL0428** <br><br> **An Carioti** <br> **1650 Sandlake Road, #107** <br> **Orlando, FL 32809** | - | | **09/28/2009** <br><br> **Manger Bonus** | | | | 529.01 | 0.00 | 529.01 |
| Account No. **FL0269** <br><br> **Anabel Romero** <br> **2239 Amnesty Drive** <br> **North Port, FL 34288** | - | | **09/28/2009** <br><br> **Manager Bonus** | | | | 372.74 | 0.00 | 372.74 |

Sheet __1___ of __20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 0.00 |  |
|---|---|---|---|
|  | (Total of this page) | 65,020.04 | 65,020.04 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Stockton Turner, LLC**                                                    ,    Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **FL0231** <br><br> **Andrea Hann** <br> **800 Buckeye Lane West** <br> **Saint Johns, FL 32259** | - | | 09/28/2009 <br><br> **Manager Bonus** | | | | 5,043.04 | 0.00 | 5,043.04 |
| Account No. **FL0266** <br><br> **Antonio Cruz** <br> **PO Box 360405** <br> **Tampa, FL 33673** | - | | 09/28/2009 <br><br> **Manager Bonus** | | | | 1,195.12 | 0.00 | 1,195.12 |
| Account No. **MA0007 - MA0011** <br><br> **Arnold Baer** <br> **32 Beach Bluff Road** <br> **Swampscott, MA 01907** | - | | 09/28/2009 <br><br> **Manager Bonus** | | | | 611.08 | 0.00 | 611.08 |
| Account No. **FL0204** <br><br> **Aubrey Hayslip** <br> **860 Lancer Circle** <br> **Ocoee, FL 34761** | - | | 09/28/2009 <br><br> **Manager Bonus** | | | | 455.54 | 0.00 | 455.54 |
| Account No. **FL0283** <br><br> **Becky Anderson** <br> **565 Huntington Avenue** <br> **Winter Park, FL 32789** | - | | 09/28/2009 <br><br> **Manager Bonus** | | | | 1,495.81 | 0.00 | 1,495.81 |

Sheet  **2**  of  **20**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 8,800.59 | 8,800.59 |

B6E (Official Form 6E) (12/07) - Cont.

In re     **Stockton Turner, LLC**                                                  ,          Case No. _____
                                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **FL0169** <br><br> Betty Sumrann <br> 11202 Creekview Drive <br> Riverview, FL 33569 | | - | Current <br><br> Manager Bonus | | | | 2,200.24 | 0.00 | 2,200.24 |
| Account No. **FL0391** <br><br> Brent Fadden <br> 5475  - 55th Street <br> Vero Beach, FL 32967 | | - | Current <br><br> Manager Bonus | | | | 5,155.04 | 0.00 | 5,155.04 |
| Account No. **RI0003** <br><br> Bruce Moran <br> 71 Austin Avenue <br> Greenville, RI 02828 | | - | 09/28/2009 <br><br> Manager Bonus | | | | 279.56 | 0.00 | 279.56 |
| Account No. **FL0098** <br><br> Cameron Bennett <br> PO Box 1099 <br> Windermere, FL 34786 | | - | 09/29/2009 <br><br> Manager Bonus | | | | 159.79 | 0.00 | 159.79 |
| Account No. **NC0015** <br><br> Carn Lamb <br> 20 Aronimink Lane <br> Pinehurst, NC 28374 | | - | 09/28/2009 <br><br> Manager Bonus | | | | 41,017.08 | 0.00 | 41,017.08 |

Sheet **3** of **20** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 48,811.71 | 48,811.71 |

B6E (Official Form 6E) (12/07) - Cont.

In re **Stockton Turner, LLC** , Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community<br>H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **NC0030**<br><br>Christopher Eastman<br>1013 Quarter Path Drive<br>Winterville, NC 28590 | | - | 06/30/2009<br><br>Manager Bonus | | | | 1,046.09 | 0.00 | 1,046.09 |
| Account No. **FL0161**<br><br>Christopher Romano<br>3413 West Obispo Street<br>Tampa, FL 33629 | | - | 09/28/2009<br><br>Manager Bonus | | | | 106.02 | 0.00 | 106.02 |
| Account No. **PA0005**<br><br>Dave Friedrich<br>12462 Randy Drive<br>Greencastle, PA 17225 | | - | 09/28/2009<br><br>Manager Bonus | | | | 1,879.12 | 0.00 | 1,879.12 |
| Account No. **FL0322**<br><br>David Clark<br>4207 South Dale Mabry<br>Tampa, FL 33611 | | - | 09/28/2009<br><br>Manager Bonus | | | | 1,265.64 | 0.00 | 1,265.64 |
| Account No. **FL0284**<br><br>David Tannenbaum<br>1598 Grace Lake Circle<br>Longwood, FL 32750 | | - | 09/28/2009<br><br>Manager Bonus | | | | 8,184.44 | 0.00 | 8,184.44 |

Sheet __4__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 12,481.31 | 12,481.31

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Stockton Turner, LLC**                                                          ,    Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **FL0132**<br><br>Deborah Brackett<br>1460 Carpenter Road, North<br>Titusville, FL 32796 | - | | 09/29/2009<br><br>Manager Bonus | | | | 442.27 | 0.00 | 442.27 |
| Account No. **RI0004**<br><br>Edward Porcard<br>17 Heidi Road<br>Lincoln, RI 02865 | - | | 03/17/2009<br><br>Manager Bonus | | | | 2,760.81 | 0.00 | 2,760.81 |
| Account No. **NC0031**<br><br>Eliazabeth Miller<br>132 Cobblers Cor<br>Carolina Shores, NC 28467 | - | | 09/28/2009<br><br>Manager Bonus | | | | 818.03 | 0.00 | 818.03 |
| Account No. **MA0006**<br><br>Frank Farley<br>9 Holbrook Street<br>Medway, MA 02053 | - | | 09/28/2009<br><br>Manager Bonus | | | | 507.35 | 0.00 | 507.35 |
| Account No. **NC0010**<br><br>Franz Senenscher<br>2323 Adams Farm Pkwy<br>Greensboro, NC 27407 | - | | 09/28/2009<br><br>Manager Bonus | | | | 290.18 | 0.00 | 290.18 |

Sheet  **5**  of  **20**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 4,818.64 | 4,818.64 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **Stockton Turner, LLC** _____ ,    Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **MA0023**  <br><br>**Fred Ginches**<br>**78 East Emerson Street**<br>**Melrose, MA 02176** | | - | **Current**<br><br>**Manager Bonus** | | | | **947.47** | **0.00**<br><br>**947.47** |
| Account No. **FL0314**  <br><br>**Gary Narvaez**<br>**4721 Walnut RidgeDrive**<br>**Orlando, FL 32829** | | - | **09/28/2009**<br><br>**Manager Bonus** | | | | **100.36** | **0.00**<br><br>**100.36** |
| Account No. **FLO336**  <br><br>**Geoffrey Gluck**<br>**5508 South Macdill Avenue**<br>**Tampa, FL 33611** | | - | **09/28/2009**<br><br>**Manager Bonus** | | | | **132.64** | **0.00**<br><br>**132.64** |
| Account No. **FL0403**  <br><br>**Gerardo Gonzalez**<br>**15910 SW 104th Terrace**<br>**Miami, FL 33196** | | - | **09/28/2009**<br><br>**Manager Bonus** | | | | **12,107.77** | **0.00**<br><br>**12,107.77** |
| Account No. **FL0279**  <br><br>**Jacqueline & Gregory Ersek**<br>**1176 Eagles Watch Trail**<br>**Winter Springs, FL 32708** | | - | **09/28/2009**<br><br>**Manager Bonus** | | | | **1,050.00** | **0.00**<br><br>**1,050.00** |

Sheet __6__ of __20__ continuation sheets attached to      Subtotal      **0.00**
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)   **14,338.24**    **14,338.24**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re     **Stockton Turner, LLC**                                                   ,     Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **FL0412** <br><br> **Jason Sullivan** <br> **24019 Green Gardens Court** <br> **Eustis, FL 32736** | - | | 07/28/2009 <br><br> **Manager Bonus** | | | | 851.53 | 0.00 | 851.53 |
| Account No. **SC0004** <br><br> **Jeff Dowdy** <br> **516 Harborview Pointe** <br> **Chapin, SC 29036** | - | | 09/28/2009 <br><br> **Manager Bonus** | | | | 1,187.32 | 0.00 | 1,187.32 |
| Account No. **FL0123** <br><br> **Jennie Underbakke** <br> **1621 Riverside Drive** <br> **Daytona Beach, FL 32117** | - | | 02/01/2006 <br><br> **Manager Bonus** | | | | 2,790.66 | 0.00 | 2,790.66 |
| Account No. **FL0334** <br><br> **Jeremy Siegen** <br> **151 Water Farm Way, #204** <br> **Altamonte Springs, FL 32714** | - | | 09/28/2009 <br><br> **Manager Bonus** | | | | 2,986.18 | 0.00 | 2,986.18 |
| Account No. **FL0329** <br><br> **Jerry DeLuca** <br> **633 Westchester Drive** <br> **Deland, FL 32724** | - | | 09/28/2009 <br><br> **Manager Bonus** | | | | 50.30 | 0.00 | 50.30 |

Sheet _**7**_ of _**20**_ continuation sheets attached to          Subtotal          0.00
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)     7,865.99          7,865.99

B6E (Official Form 6E) (12/07) - Cont.

In re    **Stockton Turner, LLC**                                              ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **FL0047** | | | | 09/28/2009 | | | | | |
| John Burns 25 Booth Boulevard Safety Harbor, FL 34695 | | - | | Manager Bonus | | | | | 0.00 |
| | | | | | | | | 1,004.49 | 1,004.49 |
| Account No. **FL0121 & Fl0385** | | | | 09/28/2009 | | | | | |
| John Edmead 1594 Wrentham Court Winter Springs, FL 32708 | | - | | Manager Bonus | | | | | 0.00 |
| | | | | | | | | 474.90 | 474.90 |
| Account No. | | | | 09/28/2009 | | | | | |
| Johnny Short PO Box 32336 Charleston, SC 29417 | | - | | Manager Bonus | | | | | 0.00 |
| | | | | | | | | 894.75 | 894.75 |
| Account No. **NC0028** | | | | 09/28/2009 | | | | | |
| Julie Coombs 70 Morning Mist Lane Charlotte, NC 28275 | | - | | Manager Bonus | | | | | 0.00 |
| | | | | | | | | 3,217.26 | 3,217.26 |
| Account No. **FL0238** | | | | 09/28/2009 | | | | | |
| Kend Dyer 3841 Castle Rock Drive Zionsville, IN 46077 | | - | | Manager Bonus | | | | | 0.00 |
| | | | | | | | | 3,662.37 | 3,662.37 |

Sheet __8__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 9,253.77 | 9,253.77 |

B6E (Official Form 6E) (12/07) - Cont.

In re __Stockton Turner, LLC_____,    Case No. _____
                                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **FL0299** | | | 09/28/2009 | | | | | |
| Kenney Fugleberg 7306 Olympia Court Longwood, FL 32779 | | - | Manager Bonus | | | | 218.39 | 0.00 218.39 |
| Account No. **FL0373** | | | 09/28/2009 | | | | | |
| Kerry Fowler 690 NE 3rd Avenue #108 Crystal River, FL 34428 | | - | Manager Bonus | | | | 635.26 | 0.00 635.26 |
| Account No. **FL0395** | | | 09/28/2009 | | | | | |
| Kevin O'Brien 22 Paradise Point Shalimar, FL 32579 | | - | Manager Bonus | | | | 270.98 | 0.00 270.98 |
| Account No. **FL0293** | | | Current | | | | | |
| Larry Williams 2754 East Wind Drive Fernandina Beach, FL 32034 | | - | Manager Bonus | | | | 623.34 | 0.00 623.34 |
| Account No. **FL0233** | | | 09/28/2009 | | | | | |
| Mario Quintero 14537 Southwest 95th Lane Miami, FL 33186 | | - | Manager Bonus | | | | 23,361.41 | 0.00 23,361.41 |

Sheet __9___ of __20___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 25,109.38 | 25,109.38 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **Stockton Turner, LLC**                                              ,          Case No. _____
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **FL0182**<br><br>**Maritza Rojas**<br>**18207 Reynolds Pkwy**<br>**Orlando, FL 32833** | | - | **09/28/2009**<br><br>**Manager Bonus** | | | | 159.55 | 0.00<br><br>159.55 |
| Account No. **FL0348**<br><br>**Mark McCarthy**<br>**130 Riviera Duneswy #904**<br>**Palmetto, FL 34221** | | - | **9/28/2009**<br><br>**Manager Bonus** | | | | 2,800.44 | 0.00<br><br>2,800.44 |
| Account No. **FL0013**<br><br>**Mary Driscoll**<br>**290 North Second Street, #1**<br>**Cocoa Beach, FL 32931** | | - | **09/28/2009**<br><br>**Manager Bonus** | | | | 2,418.01 | 0.00<br><br>2,418.01 |
| Account No. **FL0084**<br><br>**Matthew Stucki**<br>**3119 Highway 2**<br>**Laurel Hill, FL 32567** | | - | **09/28/2009**<br><br>**Manager Bonus** | | | | 6,450.25 | 0.00<br><br>6,450.25 |
| Account No. **FL0400**<br><br>**Michael Armstrong**<br>**1010 East 13th Sq**<br>**Vero Beach, FL 32960** | | - | **09/28/2009**<br><br>**Bonus on Profit** | | | | 672.40 | 0.00<br><br>672.40 |

Sheet __10__ of __20__ continuation sheets attached to          Subtotal          0.00
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     12,500.65          12,500.65

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Stockton Turner, LLC**                                                   ,          Case No. _____

                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **TN0027** <br><br> **Michelle Moore** <br> **205 Owls Roost Lane** <br> **Cordova, TN 38018** | | - | 09/28/2009 <br><br> **Manager Bonus** | | | | 931.21 | 0.00 | 931.21 |
| Account No. **FL0256** <br><br> **Miguel Cacceras** <br> **2006 Majestic Woods Blvd** <br> **Apopka, FL 32712** | | - | 09/29/2009 <br><br> **Manger Bonus** | | | | 2,403.28 | 0.00 | 2,403.28 |
| Account No. **SC0023** <br><br> **Mike Johnson** <br> **473 Copenhagen Drive** <br> **Little River, SC 29566** | | - | 09/28/2009 <br><br> **Manager Bonus** | | | | 1,552.34 | 0.00 | 1,552.34 |
| Account No. **FL0032** <br><br> **Miriam Levy** <br> **20365 Northeast 22 Place** <br> **Miami, FL 33180** | | - | 09/28/2009 <br><br> **Manager Bonus** | | | | 6,710.25 | 0.00 | 6,710.25 |
| Account No. **FL00339** <br><br> **Nathan Cassidy** <br> **4443 Malvern Hill Drive** <br> **Orlando, FL 32818** | | - | 09/28/2009 <br><br> **Manager Bonus** | | | | 1,004.54 | 0.00 | 1,004.54 |

Sheet __11__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 12,601.62 | 12,601.62 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Stockton Turner, LLC**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **MA0013**<br><br>Nicholas Kremidas<br>19 Ludlow Road<br>Quincy, MA 02171 | - | | 09/28/2009<br><br>Manager Bonus | | | | 527.43 | 0.00<br><br>527.43 |
| Account No. **FL0388**<br><br>Orlando Cruz-Solano<br>21219 Nautique Dr, Unit 304<br>Cornelius, NC 28031 | - | | 09/28/2009<br><br>Manager Bonus | | | | 121.17 | 0.00<br><br>121.17 |
| Account No. **FL0076**<br><br>Oscar Davila<br>8830 SW 123 RD CT, #407<br>Miami, FL 33176 | - | | 09/28/2009<br><br>Manager Bonus | | | | 1,574.32 | 0.00<br><br>1,574.32 |
| Account No. **FL0376 & FL0061**<br><br>Paul Anastacio<br>14225 Southwest 57th Lane #8<br>Miami, FL 33183 | - | | 09/28/2009<br><br>Manager Bonus | | | | 2,828.50 | 0.00<br><br>2,828.50 |
| Account No. **FL0029**<br><br>Peggy Sue Duncan<br>1433 Lanier Road<br>Lakeland, FL 33810 | - | | 09/28/2009<br><br>Manager Bonus | | | | 19.80 | 0.00<br><br>19.80 |

Sheet __12__ of __20__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    0.00
5,071.22        5,071.22

B6E (Official Form 6E) (12/07) - Cont.

In re    **Stockton Turner, LLC**                                                        ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **FL0286**<br><br>**Rafael Cruz**<br>**21322 Southwest 94th Court**<br>**Miami, FL 33189** | | - | | **09/28/2009**<br><br>**Manager Bonus** | | | | 643.78 | 0.00<br><br>643.78 |
| Account No. **FL0298**<br><br>**Reed Laney**<br>**2411 Mandan Trail**<br>**Winter Park, FL 32789** | | - | | **09/28/2009**<br><br>**Manager Bonus** | | | | 1,380.19 | 0.00<br><br>1,380.19 |
| Account No. **FL0341**<br><br>**Ricardo Deiteras**<br>**11692 SW 152 Court**<br>**Miami, FL 33196** | | - | | **09/28/2009**<br><br>**Manager Bonus** | | | | 1,360.04 | 0.00<br><br>1,360.04 |
| Account No. **SC0030**<br><br>**Richard Gilbert**<br>**663 Majustic Oaks Drive**<br>**Charleston, SC 29412** | | - | | **Current**<br><br>**Manager Bonus** | | | | 3,081.35 | 0.00<br><br>3,081.35 |
| Account No. **FL0073**<br><br>**Richard Hayward**<br>**2233 Blossomwood Drive**<br>**Oviedo, FL 32765** | | - | | **09/28/2009**<br><br>**Manager Bonus** | | | | 1,716.72 | 0.00<br><br>1,716.72 |

Sheet __13__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal | 8,182.08 | 0.00 |
|---|---|---|---|
|  | (Total of this page) | | 8,182.08 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Stockton Turner, LLC**                                                    , Case No. _____

                                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **FL0021**<br><br>Richard Perez<br>7323 Winding Lake Circle<br>Oviedo, FL 32765 | | - | Current<br><br>Manager Bonus | | | | 177.41 | 0.00<br><br>177.41 |
| Account No. **FL0050**<br><br>Rick Byrd<br>2016 Hovington Circle West<br>Jacksonville, FL 32246 | | - | 09/28/2009<br><br>Manager Bonus | | | | 1,844.19 | 0.00<br><br>1,844.19 |
| Account No. **SC0028**<br><br>Robert Bobo<br>1077 Peninsula Cove Drive<br>Charleston, SC 29492 | | - | 09/29/2009<br><br>Manager Bonus | | | | 337.28 | 0.00<br><br>337.28 |
| Account No. **TN0021**<br><br>Robin Young<br>70 Earnest Road<br>Chuckey, TN 37641 | | - | 07/14/2006<br><br>Manager Bonus | | | | 990.62 | 0.00<br><br>990.62 |
| Account No. **MA0021**<br><br>Roy Balfour<br>65 Longfellow Road<br>Shrewsbury, MA 01545 | | - | 09/29/2009<br><br>Manager Bonus | | | | 1,000.00 | 0.00<br><br>1,000.00 |

Sheet __14__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 4,349.50 / 4,349.50 |

B6E (Official Form 6E) (12/07) - Cont.

In re **Stockton Turner, LLC** _____,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **FL0398** <br><br> **Stephanie Fire-Smith** <br> **5050 Southwest 140 Avenue** <br> **Ocala, FL 34481** | - | | Manager Bonus | | | | 1,095.41 | 0.00 | 1,095.41 |
| Account No. **FL0258** <br><br> **Stu Tesser** <br> **2912 Woodland Drive** <br> **Edgewater, FL 32141** | - | | 01/30/2006 <br><br> Manager Bonus | | | | 49.00 | 0.00 | 49.00 |
| Account No. **FL0378** <br><br> **Tara Van Dyke** <br> **816 Magnolia Creek Cr** <br> **Orlando, FL 32828** | - | | 09/28/2009 <br><br> Manager Bonus | | | | 1,697.50 | 0.00 | 1,697.50 |
| Account No. **FL0294** <br><br> **Teresa Cardenas** <br> **9042 Heritage Bay Circle** <br> **Orlando, FL 32836** | - | | 09/28/2009 <br><br> Manager Bonus | | | | 386.19 | 0.00 | 386.19 |
| Account No. **FL0340** <br><br> **Terry Wooward** <br> **8515 Streamview Drive, #E** <br> **Huntersville, NC 28078** | - | | 08/21/2008 <br><br> Manager Bonus | | | | 1,000.00 | 0.00 | 1,000.00 |

Sheet __15__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 4,228.10 | 4,228.10 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **Stockton Turner, LLC**                                      ,    Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **FL0363** <br><br> **Theresa Woodcock** <br> **9408 Oak Street** <br> **Riverview, FL 33578** | | - | 10/06/2008 <br><br> **Manger Bonus** | | | | 1,030.62 | 0.00 <br><br> 1,030.62 |
| Account No. **MA0020** <br><br> **Thomas Chesmore** <br> **20 Park Street** <br> **Mendon, MA 01756** | | - | 09/28/2009 <br><br> **Manager Bonus** | | | | 1,764.54 | 0.00 <br><br> 1,764.54 |
| Account No. **FL0203** <br><br> **Thomas Penney** <br> **711 Viaminando Circle** <br> **Apopka, FL 32712** | | - | Current <br><br> **Manager Bonus** | | | | 513.55 | 0.00 <br><br> 513.55 |
| Account No. **MA0018** <br><br> **Tim Sturtevant** <br> **101 Maple Springs Road** <br> **Wareham, MA 02571** | | - | Current <br><br> **Manager Bonus** | | | | 3,624.12 | 0.00 <br><br> 3,624.12 |
| Account No. **FL0413** <br><br> **Todd Leven Sohn** <br> **275 North Ranger Boulevard** <br> **Winter Park, FL 32792** | | - | 09/28/2009 <br><br> **Manager Bonus** | | | | 1,229.65 | 0.00 <br><br> 1,229.65 |

Sheet __16__ of __20__ continuation sheets attached to        Subtotal        0.00
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)    8,162.48      8,162.48

B6E (Official Form 6E) (12/07) - Cont.

In re **Stockton Turner, LLC** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **FL0097** <br><br> **Tony Cemoni** <br> **1024 Turkey Hollow** <br> **Winter Springs, FL 32708** | | - | 09/28/2009 <br><br> **Manager Bonus** | | | | <br> 11.79 | 0.00 | 11.79 |
| Account No. **FL0062** <br><br> **Trish Menninger** <br> **111 White Hall Drive** <br> **Palm Coast, FL 32164** | | - | 09/28/2009 <br><br> **Manager Bonus** | | | | <br> 1,264.45 | 0.00 | 1,264.45 |
| Account No. **FL0024** <br><br> **Valerie Pyles** <br> **12509 Royal Dublin Avenue** <br> **Odessa, FL 33556** | | - | 09/28/2009 <br><br> **Manager Bonus** | | | | <br> 8,168.36 | 0.00 | 8,168.36 |
| Account No. **MO/0002** <br><br> **Vicki Davidson** <br> **126 Plant Avenue** <br> **Saint Louis, MO 63119** | | - | 09/28/2009 <br><br> **Manager Bonus** | | | | <br> 1,464.00 | 0.00 | 1,464.00 |
| Account No. **NC0026** <br><br> **William Rickman** <br> **16 Broadshaw Circle** <br> **Candler, NC 28715** | | - | 09/28/2009 <br><br> **Manager Bonus** | | | | <br> 21,405.29 | 0.00 | 21,405.29 |

Sheet __17__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | 0.00 | |
|---|---|---|
| 32,313.89 | | 32,313.89 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Stockton Turner, LLC** _____ ,  Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **FL0417**<br><br>**Yunaimy Vazquez**<br>**3550 Southwest 140 Avenue**<br>**Miami, FL 33175** | - | | **Current**<br><br>**Manger Bonus** | | | | 378.62 | 0.00 | 378.62 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __18__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 378.62 | 0.00<br>378.62 |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Stockton Turner, LLC** ,                                    Case No. _____
                                                                                   Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **FL0058** **Cleta Cannon** **PO Box 444** **Orange Springs, FL 32182** | - | | | **09/28/2009** **Manager Bonus** | | | | 1,250.00 | 0.00 | 1,250.00 |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

Sheet __19__ of __20__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 1,250.00 | | 1,250.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re **Stockton Turner, LLC** , Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **0466619-4**<br><br>**Earl K. Wood, Tax Collector**<br>**Post Office Box 545100**<br>**Orlando, FL 32854-5100** | - | | **2009**<br><br>**2009 Tangible Taxes** | | | | **202.41** | **0.00** | **202.41** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **20** of **20** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal<br>(Total of this page) | **0.00**<br>**202.41** | **202.41** |
| | Total<br>(Report on Summary of Schedules) | **0.00**<br>**285,740.24** | **285,740.24** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Stockton Turner, LLC**                             ,     Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | **NOTICE ONLY** | | | | |
| **Alexander Robertson** **PO Box 7181** **Fort Lauderdale, FL 33338** | | - | | | | | | | **Unknown** |
| Account No. | | | | | **NOTICE ONLY** | | | | |
| **Amthony Cemoni** **1024 Turkey Hollow Circle** **Winter Springs, FL 32708** | | - | | | | | | | **Unknown** |
| Account No. | | | | | **NOTICE ONLY** | | | | |
| **Andre Hall** **608 Rothmoor Lane** **Saint Johns, FL 32259** | | - | | | | | | | **Unknown** |
| Account No. | | | | | **NOTICE ONLY** | | | | |
| **Antonio Cruz** **6911 Barry Road** **Tampa, FL 33634** | | - | | | | | | | **Unknown** |

  **16**   continuation sheets attached                                        Subtotal                       **0.00**
                                                       (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stockton Turner, LLC**                                                    ,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **NOTICE ONLY** | | | | |
| **Arnold Baer** 154 Humphrey St, Ste. 100 Swampscott, MA 01907 | - | | | | | | | **Unknown** |
| Account No. | | | | **NOTICE ONLY** | | | | |
| **Aubrey Hayslip** 4700 Millenia Boulevard, Ste Orlando, FL 32839 | - | | | | | | | **Unknown** |
| Account No. | | | | **NOTICE ONLY** | | | | |
| **Bruce Moran** 1029 Mendon Road Cumberland, RI 02864 | - | | | | | | | **Unknown** |
| Account No. | | | | **NOTICE ONLY** | | | | |
| **Carol Winslow** 399 Hinsdale Drive Debary, FL 32713 | - | | | | | | | **Unknown** |
| Account No. | | | | **NOTICE ONLY** | | | | |
| **Charles Price** 6500 South US Hwy 17-92 Casselberry, FL 32730 | - | | | | | | | **Unknown** |

Sheet no. __1__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stockton Turner, LLC**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **158369** <br><br> **Choice Point** <br> **PO Box 945664** <br> **Atlanta, GA 30394-5664** | - | | | | | | | 25.00 |
| Account No. **1074** <br><br> **Cintas** <br> **PO Box 633842** <br> **Cincinnati, OH 45263** | - | | | 08/31/2009 | | | | 173.85 |
| Account No. **Stockton R LLC-M** <br><br> **CIS** <br> **8001 North Dale Mabry Hwy** <br> **Building 601** <br> **Tampa, FL 33614** | - | | | | | | | 300.00 |
| Account No. **3003949701** <br><br> **CNA Insurance** <br> **PO Box 382033** <br> **Pittsburgh, PA 15250-8033** | - | | | | | | | 1,191.82 |
| Account No. **09100805958** <br><br> **CT Corporation** <br> **PO Box 4349** <br> **Carol Stream, IL 60197-4349** | - | | | | | | | 270.00 |

Sheet no. __**2**__ of __**16**__ sheets attached to Schedule of     Subtotal
Creditors Holding Unsecured Nonpriority Claims     (Total of this page)     | 1,960.67 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stockton Turner, LLC**                                                  ,          Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Daniel Scherrer**<br>**Apartment 1212**<br>**333 Northeast 24 Street**<br>**Miami, FL 33137** | - | | | **NOTICE ONLY** | | | | **Unknown** |
| Account No. **62000**<br><br>**Davis Grennan**<br>**189 Orange Avenue, #1600**<br>**Orlando, FL 32801** | - | | | 04/30/2009 | | | | **3,000.00** |
| Account No.<br><br>**Deanna Rogero**<br>**724 Muirfield Circle**<br>**Apopka, FL 32712** | - | | | **NOTICE ONLY** | | | | **Unknown** |
| Account No. **2008-CA-19531**<br><br>**Deutsche Bank National Trust**<br>**Attn:  Shapiro & Fishman**<br>**Suite 112**<br>**10004 North Dale Mabry Hwy**<br>**Tampa, FL 33618** | - | | | **Foreclosure** | | | X | **Unknown** |
| Account No.<br><br>**Douglas Hayes**<br>**19973-B Highway 181**<br>**Fairhope, AL 36537** | - | | | **NOTICE ONLY** | | | | **Unknown** |

Sheet no. __**3**__ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal | | **3,000.00** |
| (Total of this page) | | |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stockton Turner, LLC**                                                          , Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Elisa Toucet** <br> **5010 Sabreline Terrace** <br> **Greenacres, FL 33463** | - | | | NOTICE ONLY | | | | Unknown |
| Account No. **1100419** <br><br> **Ellie Mae** <br> **4115 Hopyard Road, Suite 200** <br> **Pleasanton, CA 94588** | - | | | Varies <br> IT Services | | | | 7,296.00 |
| Account No. <br><br> **Frank Farley** <br> **840 Main Street, Ste. 203** <br> **Millis, MA 02054** | - | | | NOTICE ONLY | | | | Unknown |
| Account No. <br><br> **Fred Ginches** <br> **Suite 326-B** <br> **100 Cummings Center** <br> **Beverly, MA 01915** | - | | | NOTICE ONLY | | | | Unknown |
| Account No. <br><br> **Gale Turner** <br> **15 Edward Shores** <br> **Haines City, FL 33844** | - | | | NOTICE ONLY | | | | Unknown |

Sheet no. __4__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,296.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stockton Turner, LLC**                                    ,   Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **07-CA3816** | | | | | | | |
| **GRP Loan, LLC c/o Adorno & Yoss, LLP 2525 Ponce De Leon Blvd #400 Miami, FL 33134** | - | | | | X | | 0.00 |
| Account No. **2007-10323 CIDL** | | | **2007 Foreclosure** | | | | |
| **HSBC Bank USA National Assoc c/o Halina Trepka Cegielski 801 S University Drive, #500 Fort Lauderdale, FL 33324** | - | | | | X | | Unknown |
| Account No. **STU20090804** | | | **08/14/2009** | | | | |
| **International Documents 11629 South 700 East Draper, UT 84020** | - | | | | | | 100.00 |
| Account No. **RN253** | | | **08/31/2009** | | | | |
| **Iron Mountain PO Box 27128 New York, NY 10087-7128** | - | | | | | | 281.36 |
| Account No. **OJCC** | | | **2009 Compensation Claim** | | | | |
| **Janet Ann McBride c/o Michael L. Davis, Esq. PO Box 4979 Orlando, FL 32802** | - | | | | | | Unknown |

Sheet no. __5__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

381.36

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stockton Turner, LLC**                                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | NOTICE ONLY | | | | |
| Jennifer Proctor 195 Wekiva Springs Rd, #212 Longwood, FL 32779 | - | | | | | | Unknown |
| Account No. | | | NOTICE ONLY | | | | |
| Kevin O'Brien 22 Sherwood Drive Shalimar, FL 32579 | - | | | | | | Unknown |
| Account No. | | | NOTICE ONLY | | | | |
| Larry Williams 1 North 4th Street, #207 Fernandina Beach, FL 32034 | - | | | | | | Unknown |
| Account No. | | | NOTICE ONLY | | | | |
| Laura Ann Gibson 111 Defoe Court Maryville, TN 37804 | - | | | | | | Unknown |
| Account No. | | | NOTICE ONLY | | | | |
| Linda Fraine 271 - 10th Street, Northeast Naples, FL 34120 | - | | | | | | Unknown |

Sheet no. __6__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stockton Turner, LLC**                                          ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | NOTICE ONLY | | | | |
| Lisa Hughes 2757 Mall Drive, Unit 105 Sarasota, FL 34231 | | - | | | | | |
| | | | | | | | Unknown |
| Account No. | | | | | | | |
| Mario Quinitero Suite 101 10271 Southwest 72 Street Miami, FL 33173 | | - | | | | | |
| | | | | | | | 22,600.00 |
| Account No. | | | NOTICE ONLY | | | | |
| Mark McCarthy 100 Third Avenue West, #213 Bradenton, FL 34205 | | - | | | | | |
| | | | | | | | Unknown |
| Account No. 100127 | | | 09/01/2009 | | | | |
| Mers 13059 Collections Ctr Drive Chicago, IL 60693 | | - | | | | | |
| | | | | | | | 264.00 |
| Account No. | | | NOTICE ONLY | | | | |
| Michael Karas 224 West 6th Street, #5 Boston, MA 02127 | | - | | | | | |
| | | | | | | | Unknown |

Sheet no. __7__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                22,864.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stockton Turner, LLC**                                             ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | NOTICE ONLY | | | | |
| Michael White 1066 Fogg Brook Place Longwood, FL 32750 | - | | | | | | Unknown |
| Account No. | | | NOTICE ONLY | | | | |
| Michelle Moore Ste. 300 5865 Ridgeway Center Pkwy Memphis, TN 38120 | - | | | | | | Unknown |
| Account No. | | | Commercial Lease | | | | |
| Natany Bramingham, Inc. 1060 Maitland Center Commons Suite 400 Maitland, FL 32751 | - | | | | | | 36,008.00 |
| Account No. | | | 09/13/2009 Restructing of Previous Debt to Landlord on Lease | | | | |
| Natany Bramingham, Inc. 1060 Maitland Center Commons Suite 400 Maitland, FL 32751 | - | | | | | | 14,321.07 |
| Account No. | | | NOTICE ONLY | | | | |
| Nathaniel Zackery 5000 Legacy Oaks Drive Orlando, FL 32839 | - | | | | | | Unknown |

Sheet no. __8__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,329.07

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stockton Turner, LLC**                                                      , Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **146-FO 147-FO**  Nationwide Title Clearing 2100 Alt 19 North Palm Harbor, FL 34683 | | - | | 09/21/2009 | | | | 356.87 |
| Account No. **2095689**  Nuvox 2301 Lucien Way Maitland, FL 32751 | | - | | 06/24/2008 & Prior Phone Services for Employee's Office | | | X | 5,794.96 |
| Account No.  Orlando Cruz-Solano 376 North East 90th Street Miami, FL 33138 | | - | | NOTICE ONLY | | | | Unknown |
| Account No.  Oscar Davila Suite 203 13170 Southwest 128th Street Miami, FL 33186 | | - | | NOTICE ONLY | | | | Unknown |
| Account No. **50-2008-CC-013450**  Palm Beach Newspaper, Inc. a Delaware Corporation c/o John M. Koenig, Jr. 1551 Forum Place, Bldg #200 West Palm Beach, FL 33401 | | - | | | | | X | Unknown |

Sheet no. __9__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     6,151.83

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stockton Turner, LLC**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **NAK86282** <br><br> **Premium Financing Specialist** <br> **22432 Network Place** <br> **Chicago, IL 60673-1224** | - | | | 09/01/2009 | | | | **5,937.23** |
| Account No. <br><br> **Ramon Morales** <br> **10175 West Sunrise Boulevard** <br> **Fort Lauderdale, FL 33322** | - | | | NOTICE ONLY | | | | **Unknown** |
| Account No. <br><br> **Richard Dipasquale** <br> **5012 Milford Estates Point** <br> **Oviedo, FL 32765** | - | | | NOTICE ONLY | | | | **Unknown** |
| Account No. <br><br> **Richard Gilbert** <br> **759 Folly Road, Suite B** <br> **Charleston, SC 29412** | - | | | NOTICE ONLY | | | | **Unknown** |
| Account No. <br><br> **Robert Hetzel** <br> **6718 Duquaine Court** <br> **Nashville, TN 32705** | - | | | NOTICE ONLY | | | | **Unknown** |

Sheet no. __10__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **5,937.23**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stockton Turner, LLC**                                    ,        Case No. _____
                                                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Robert Rivera** <br> **517 West Colonial Drive** <br> **Orlando, FL 32804** | - | | | **NOTICE ONLY** | | | | **Unknown** |
| Account No. <br><br> **Roger Charriere** <br> **2010 Roosevelt Drive** <br> **Key West, FL 33040** | - | | | **NOTICE ONLY** | | | | **Unknown** |
| Account No. <br><br> **Ronald Scott** <br> **7 Lakeway Center Court #202** <br> **Austin, TX 78734** | - | | | **NOTICE ONLY** | | | | **Unknown** |
| Account No. **Cameron Bennett's** <br><br> **Sales Boom, Inc.** <br> **1096 Queen Street, Suite 202** <br> **Halifax, NS, Canada B3H2 R9** | - | | | **2009** <br> **Software Purchase** | | | | **6,117.62** |
| Account No. <br><br> **Scott Windmiller** <br> **1001 Southwest 133 Street** <br> **Miami, FL 33176** | - | | | **NOTICE ONLY** | | | | **Unknown** |

Sheet no. __11__ of __16__ sheets attached to Schedule of                                         Subtotal                    **6,117.62**
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Stockton Turner, LLC**                                         ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Shevin Chandler** <br> **4350 Hillcrest Drive #207** <br> **Hollywood, FL 33021** | - | | | **NOTICE ONLY** | | | | **Unknown** |
| Account No. <br><br> **Shuffield Lowman** <br> **PO Box 1010** <br> **Orlando, FL 32802** | - | | | 07/31 & 08/31/2009 | | | | **4,179.90** |
| Account No. <br><br> **Stephanie Fire-Smith** <br> **210 Northeast 2nd Street** <br> **Ocala, FL 34470** | - | | | **NOTICE ONLY** | | | | **Unknown** |
| Account No. **3682** <br><br> **Studio Bank** <br> **747 Bent Hickory Road** <br> **Charleston, SC 29414** | - | | | 09/15/2009 | | | | **100.00** |
| Account No. **KOF120809** <br><br> **SunTrust** <br> **Main Code MTG 1612** <br> **901 Semmes Avenue** <br> **Richmond, VA 23224** | - | | | | | | | **20.00** |

Sheet no. __12__ of __16__ sheets attached to Schedule of                                 Subtotal                      **4,299.90**
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Stockton Turner, LLC**_____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **377969096** <br><br> **T-Mobile** <br> **PO Box 742596** <br> **Cincinnati, OH 45274** | | - | | | **Cellular Services** | | | | 323.06 |
| Account No. **Invoice 1851 Client 08185** <br><br> **Taylor, Lombardi, Hell, Wydr** <br> **Suite 100** <br> **875 Concourse Parkway South** <br> **Maitland, FL 32751** | | - | | | **09/13/2009** <br> **401-k Plan Audit** | | | | 3,165.00 |
| Account No. **351165** <br><br> **TBF Financial LLC** <br> **c/o William M. Lindeman, PA** <br> **300 South Eola Drive** <br> **Orlando, FL 32801** | X | - | | | **06/08/2005** <br> **Toshibia Copier** | | | | 19,029.08 |
| Account No. **7277430-002** <br><br> **TBF Financial LLC** <br> **c/o William M. Lindeman, PA** <br> **300 South Eola Drive** <br> **Orlando, FL 32801** | X | - | | | **09/20/2006** <br> **Copier Lease** | | | | 15,045.00 |
| Account No. **7456869007** <br><br> **TBF Financial LLC** <br> **c/o William M. Lindeman, PA** <br> **300 South Eola Drive** <br> **Orlando, FL 32801** | X | - | | | **06/28/2006** <br> **Copier Lease** | | | | 13,335.70 |

Sheet no. __**13**__ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **50,897.84**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Stockton Turner, LLC**                                      ,          Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 7244682-002 <br><br> **TBF Financial LLC** <br> **c/o William M. Lindeman, PA** <br> **300 South Eola Drive** <br> **Orlando, FL 32801** | X | - | 05/17/2001 <br> **Copier Lease** | | | | 13,773.62 |
| Account No. 54448 <br><br> **TBF Financial, LLC** <br> **520 Lake Cook Road, Suite 51** <br> **Deerfield, IL 60015** | X | - | **Copier Lease** | | | | 7,162.53 |
| Account No. 51-2008-CA-005435ES <br><br> **The Bank of New York** <br> **c/o Awilda Esteras, Esq.** <br> **2525Ponce De Leon Blvd #400** <br> **Miami, FL 33134** | | - | 2009 <br> **Foreclosure** | | X | | Unknown |
| Account No. 50-2008-CA-027996-MB <br><br> **The Bank of New York** <br> **c/o Awilda Esteras, Esq.** <br> **2525 Ponce De Leon Blvd #400** <br> **Miami, FL 33134** | | - | **Foreclosure** | | X | | Unknown |
| Account No. <br><br> **Thomas Penney** <br> **711 Via Milano Circle** <br> **Apopka, FL 32712** | | - | **NOTICE ONLY** | | | | Unknown |

Sheet no. __14__ of __16__ sheets attached to Schedule of                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)      | 20,936.15 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Stockton Turner, LLC**                                             ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **W6110** <br><br> **Thomas Reuters** <br> **PO Box 26803** <br> **New York, NY 10087-6803** | | - | | **12/10/2008** <br> **Contract Buyout Cancellation** | | | | 3,324.75 |
| Account No. <br><br> **Todd Levensohn** <br> **540 East Horatio Ave, #205** <br> **Maitland, FL 32751** | | - | | **NOTICE ONLY** | | | | Unknown |
| Account No. <br><br> **TXPS** <br> **c/o Lloyd E. Ward, P.C.** <br> **17120 Dallas Parkway, Suite** <br> **Dallas, TX 75248** | | - | | **Lawsuit** | | | | 32,500.00 |
| Account No. **08-26919** <br><br> **U.S. Bank National Assoc** <br> **c/o Craig T. Smith, Esq.** <br> **Shapiro & Fishman, LLP** <br> **1004 N Dale Mabry Highway** <br> **Tampa, FL 33618** | | - | | **2009** <br> **Foreclosure** | | X | | Unknown |
| Account No. **2008-CA-000388** <br><br> **Wells Fargo Bank, N.A.** <br> **c/o Kikolay Kolev, Esq.** <br> **PO Box 25018** <br> **Tampa, FL 33622-5018** | | - | | **Foreclosure** | | X | | Unknown |

Sheet no. __15__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **35,824.75**

B6F (Official Form 6F) (12/07) - Cont.

In re __**Stockton Turner, LLC**_____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **09-CA-4168** <br><br> **Wells Fargo Bank, N.A. c/o Ben-Ezra & Katz, P.A. Attorney for Plaintiffs 2901 Stirling Road, Suite 30 Fort Lauderdale, FL 33312** | - | | | | **2009 Foreclosure** | | X | | Unknown |
| Account No. **2009-CA-000314** <br><br> **Wells Fargo Bank, N.A. c/o Zakkiyyah T. White, Esq. 101 Plaza Real South, #219 Boca Raton, FL 33432** | - | | | | **2009 Foreclosure** | | X | | Unknown |
| Account No. **09-991-GCS** <br><br> **Wells Fargo Bank, N.A. c/o Gladstone Law Group PA Suite 219 101 Plaza Real South Boca Raton, FL 33432** | - | | | | **2009 Foreclosrue** | | X | | Unknown |
| Account No. **2008-CA-7391-14.10** <br><br> **Wells Fargo Bank, NA c/o Joseph H. Ganguzza One Southeast Third Avenue Miami, FL 33131** | - | | | | **Foreclosure** | | X | | Unknown |
| Account No. **710990870** <br><br> **Xerox PO Box 650361 Dallas, TX 75265-0361** | - | | | | **09/2009** | | | | **246.49** |

Sheet no. __**16**__ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **246.49**

Total (Report on Summary of Schedules) **216,242.91**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Stockton Turner, LLC**                                                      ,   Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Natany Bramingham, Inc.**<br>**1060 Maitland Center Commons**<br>**Suite 400**<br>**Maitland, FL 32751** | **Commercial Lease 2250 Lucien Way, Suite 140,**<br>**Maitland, FL 32751** |
| **TBF Financial LLC**<br>**c/o William M. Lindemon, PA**<br>**300 South Eola Drive**<br>**Orlando, FL 32801** | **Toshiba Copier Lease #35116J** |
| **TBF Financial LLC**<br>**c/o William M. Lindemon, PA**<br>**300 South Eola Drive**<br>**Orlando, FL 32801** | **Copier Lease #7277430-002** |
| **TBF Financial LLC**<br>**c/o William M. Lindemon, PA**<br>**300 South Eola Drive**<br>**Orlando, FL 32801** | **Konica Minotta Bizhub C250 Color Digital Imaging**<br>**System Copier Lease #7456869007 (7244682-002)** |
| **TBF Financial LLC**<br>**c/o William M. Lindeman, PA**<br>**300 South Eola Drive**<br>**Orlando, FL 32801** | **Copier Lease Toshibia E5451** |
| **TBF Financial, LLC**<br>**520 Lake Cook Road, Suite 51**<br>**Deerfield, IL 60015** | **Copier Lease #54448** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Stockton Turner, LLC**                                                                ,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **John & Kelly Sorris**<br>**510 Mirabay Boulvard**<br>**Apollo Beach, FL 33572** | **TBF Financial, LLC**<br>**520 Lake Cook Road, Suite 51**<br>**Deerfield, IL 60015** |
| **Stockton Turner & Co LLC**<br>**4620 State Road 7, #210**<br>**Fort Lauderdale, FL 33379** | **TBF Financial LLC**<br>**c/o William M. Lindeman, PA**<br>**300 South Eola Drive**<br>**Orlando, FL 32801** |
| **Stockton Turner, LLC**<br>**420 Live Oaks Boulevard**<br>**Casselberry, FL 32707** | **TBF Financial LLC**<br>**c/o William M. Lindeman, PA**<br>**300 South Eola Drive**<br>**Orlando, FL 32801** |
| **Stockton Turner, LLC**<br>**2250 Lucien Way, #140**<br>**Maitland, FL 32751** | **TBF Financial LLC**<br>**c/o William M. Lindeman, PA**<br>**300 South Eola Drive**<br>**Orlando, FL 32801** |
| **Stockton-Turner & Company**<br>**180 Park Avenue, Suite 100**<br>**Winter Park, FL 32789** | **TBF Financial LLC**<br>**c/o William M. Lindeman, PA**<br>**300 South Eola Drive**<br>**Orlando, FL 32801** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re **Stockton Turner, LLC**                      Case No. _____

                                      Debtor(s)           Chapter    **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ **48** ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 17, 2009** _____        Signature   **/s/ Douglas Turner** _____

                                                                **Douglas Turner**
                                                                **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Stockton Turner, LLC**                                       Case No.                                 
                                                 Debtor(s)                        Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,548,606.00** | **2009 Income YTD** |
| **$6,401,365.00** | **2008 Income** |
| **$11,224,541.00** | **2007 Income** |

2

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$87.00** | **2009 YTD Interest Income** |
| **$8,176.00** | **2008 Interest Income** |
| **$41,323.00** | **2007 Interest Income** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Texas Capital Bank**<br>**6060 North Central Expressway**<br>**Dallas, TX 75206** | **Various Payments - Final Payoff 08/07/2009** | **$9,000,000.00** | **$0.00** |
| **Gateway Bank**<br>**2336 Mercel Street**<br>**San Leandro, CA 94577** | **Various Payments - Final Payoff 08/27/2009**<br>**Line of Credit** | **$5,000,000.00** | **$0.00** |
| **United Healthcare Insurance Company**<br>**Dept. Ch 10151**<br>**Palatine, IL 60055-0151** | **July, August, September, 2009** | **$60,678.52** | **$0.00** |
| **Premium Financing Specialist**<br>**22432 Network Place**<br>**Washington, GA 30673-1224** | **July, 2009** | **$11,577.60** | **$0.00** |
| **Richard Gilbert**<br>**663 Majestic Oak Drive**<br>**Charleston, SC 29412** | **Employee Reimbursement of Expenses**<br>**July, September, 2009** | **$11,081.60** | **$0.00** |
| **Michelle Moore**<br>**205 Owls Roost Lane**<br>**Cordova, TN 38018** | **Employee Reimbursement of Expenses**<br>**08/13/2009  & 08/21/2009** | **$11,081.60** | **$0.00** |
| **Bayou Paradise LLC**<br>**22 Paradise Point**<br>**Shalimar, FL 32579** | **July 22,2009** | **$6,600.00** | **$0.00** |

3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **3cubed Management LLC** **7323 Winding Lake Circle** **Oviedo, FL 32766** | **09/16/2009** | **$6,000.00** | **$0.00** |
| **Tim Sturtevant** **101 Maple Springs Road** **Wareham, MA 02571** | **07/28/2009** | **$5,983.22** | **$0.00** |

None
■  c.   *All debtors*: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **TBF Financial, LLC vs.** **Stockton Turner, LLC** **Case No.:  09-CA-16945** | **Civil** | **In the Circuit Court in and for Orange County, FL** | **Pending** |
| **TBF Financial, LLC a Floriad limited liability Company vs. Stockton Turner, LLC, a Florida limited liability company vs. John Sarris & Kelly Newton Sarris** **Case No.:  2008-CA-011856** | **Civil** | **Inthe Circuit court of the 13th Judicial Circuit in and for Hillsborough County, FL** | **Pending** |
| **Janet Ann McBride (Employee/Claimant) vs. Stockton Turner, LLC and CNA Claims Plus** **Case No.:  OJCC** | **Civil** | **State of Floria, Division of Administrative Hearings, Office of the Judge of Compensation Claims** | **Pending** |
| **Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2006-3 Asset Backed Certificates, Series 5006-3 vs. Wiley M. Melton; Linda A. Melton; any and all unknown parties claiming by, through, under and against the herein named individual Defendant(s) who are not know to be dead or alive, whether said unknown partis may claim an interest as spouses, heirs, devisees, granteees or other claimants; Stockton turner, LLC, et al** **Case No.:  2008-CA-000388** | **Civil** | **In the Circuit Court of the First Judicial Circuit in and for Escambia County, FL** | **Foreclosure Pending** |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wells Fargo Bank vs. Mayra Rodriguez; Stockton Turner, LLC**<br>**Case No.: 09-991 GCS** | Civil | **In the Circuit Court of the 10th Judicial Circuit in and for Highlands County, FL** | **Foreclosure Pending** |
| **Deutsche Bank National Trust Company vs. Theodore R. Riley, Jr, Lisa A. Riley; Stockton Turner, LLC**<br>**Case No.: 2009-CA-019531-O** | Civil | **In the Circuit Court of the 9th Judicial Circuit of Florida in and for Orange County** | **Foreclosrue Pending** |
| **HSBC Bank USA National Association, Inc. vs. Christine L. Dalton & Stockton Turner, LLC**<br>**Case No.: 2007-10323-CICL** | Civil | **In the Circuit County Court in and for Volusia County, FL** | **Foreclosure Pending** |
| **Wells Fargo Bank, N.A. vs. William D. Lalone; Stockton Turner, LLC**<br>**Case No.: 2009-CA-000314** | Civil | **In the Circuit Court of the Fifth Judicial Circuit in and for Sumter County, FL** | **Foreclosure Pending** |
| **The Bank of New York vs. James L. Cruz, Stockton Turner, LLC d/b/a Stockton Turner & Lopez**<br>**Case No.: 51-2008-CA-005435ES** | Civil | **In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, FL** | **Foreclosure Pending** |
| **U.S. Bank National Associaton vs. Steven P. Hoffman, Anthony M. Serafini; Mortgage Electronic Registration Systems, Inc., as Nominee for Stockton Turner, LLC**<br>**Case No.: 08-26919** | Civil | **In the Circuit Court of the 13th Judicial Circuit in and for Hillsborough County, FL** | **Foreclosure Pending** |
| **Wells Fargo Bank, NA vs. David Leib, Stockton Turner, LLC**<br>**Case No.: 09-CA-4168** | Civil | **In the Circuit court of the 18th Judicial Circuit in and for Seminole County, FL** | **Foreclosrue Pending** |
| **TXPS, Inc. vs. Stockton Turner, LLC**<br>**Case No.: 2009-31338** | Civil | **In the Circuit Court of Harris County, TX** | **Pending** |
| **GRP Loan, LLC vs. Stockton Turner, LLC**<br>**Case No.: 07-CA-3816** | Civil | | **Pending** |
| **The Bank of New York vs. Stockton Turner, LLC**<br>**Case No.: 50-2008-CA-027996-MB** | Civil | | |
| **Deutsche Bank National Trust Company vs. Stockton Turner, LLC**<br>**Case No.: 2007-CA-2793-14-G** | Civil | | |
| **Wells Fargo Bank vs. Stockton Turner, LLC**<br>**Case No.: 2008-CA-7391-14-10** | Civil | | |

5

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Palm Beach Newspaper, Inc.<br>a Delaware Corporaton vs.<br>Stockton Turner, LLC<br>Case No.: 50-2008-CC-<br>013450** | Civil | | |
| **Wells Fargo Bank, N.A. vs.<br>Stockton Turner, LLC<br>Case no.: 2007-10323 CIDL** | Civil | | |

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF<br>ORDER | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP TO<br>DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

6

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **James H. Monroe, P.A,**<br>**PO Box 540163**<br>**Orlando, FL 32854-0163** | **10/1/09** | **$3,501.00** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

8

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT           DOCKET NUMBER           STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None ■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Bob Jablonsky**<br>**1920 1/2 East Jefferson Street**<br>**Orlando, FL 32803** | **Accounting Maintained Records** |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Davis, Grennon, Fender, Ruta, LLP** | **Attn:  Steve Davis**<br>**189 South Orange Avenue, #116**<br>**South Tower**<br>**Orlando, FL 32801** | **Audited the firm 12/31/2008** |

None  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐   of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Douglas Turner** | **1224 Majestic Oak Drive**<br>**Apopka, FL 32712** |

None  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐   issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Various Regulatory Agencies** | |
| **Department of HUD** | |
| **Texas Capital Bank** | |
| **Gateway Bank** | |

### 20. Inventories

None  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■   and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☐

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Douglas L. Turner**<br>**1224 Majestic Oak Drive**<br>**Apopka, FL 32712** | **President** | **50%** |
| **Cameron G. Bennett**<br>**PO Box 1099**<br>**Windermere, FL 34786** | **Member/Manager** | **50% Owner** |

None  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■   controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

10

**22 . Former partners, officers, directors and shareholders**

None
☐
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|-------------------|
| **Thomas Powell** | **1017 Tuscany Place**<br>**Winter Park, FL 32789** | **07/31/2009 - 33.33** |

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| **Douglas L. Turner** | **09/01/2008 - 08/31/2009 - Salary as**<br>**President** | **$93,800.00** |

None

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **November 17, 2009**                    Signature    **/s/ Douglas Turner**
                                                            **Douglas Turner**
                                                            **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Middle District of Florida

In re    **Stockton Turner, LLC**                              Case No. _____

                                    Debtor(s)         Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 17, 2009** _____          **/s/ Douglas Turner** _____

                                             **Douglas Turner**/**President**
                                             Signer/Title

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

Stockton Turner, LLC
2250 Lucien  Way, Suite 140
Maitland, FL 32751

Anabel Romero
2239 Amnesty Drive
North Port, FL 34288

Becky Anderson
565 Huntington Avenue
Winter Park, FL 32789

James Monroe
James H. Monroe, P.A.
PO Box 540163
Orlando, FL 32854-0163

Andre Hall
608 Rothmoor Lane
Saint Johns, FL 32259

Betty Sumrann
11202 Creekview Drive
Riverview, FL 33569

Act Business Machines, Inc.
121 Frazier Avenue
Chattanooga, TN 37405

Andrea Hann
800 Buckeye Lane West
Saint Johns, FL 32259

Brent Fadden
5475  - 55th Street
Vero Beach, FL 32967

Adedoyin Adeyeye
5160 Rice Road, #334
Antioch, TN 37013

Antonio Cruz
PO Box 360405
Tampa, FL 33673

Bruce Moran
71 Austin Avenue
Greenville, RI 02828

Adriana Rodriguez
801 Brickell Key Blvd., #703
Miami, FL 33131

Antonio Cruz
6911 Barry Road
Tampa, FL 33634

Bruce Moran
1029 Mendon Road
Cumberland, RI 02864

Alexander Robertson
PO Box 7181
Fort Lauderdale, FL 33338

Arnold Baer
32 Beach Bluff Road
Swampscott, MA 01907

Cameron Bennett
PO Box 1099
Windermere, FL 34786

Amanda Day
4403 30th Avenue, East
Bradenton, FL 34208

Arnold Baer
154 Humphrey St, Ste. 100
Swampscott, MA 01907

Carn Lamb
20 Aronimink Lane
Pinehurst, NC 28374

Amthony Cemoni
1024 Turkey Hollow Circle
Winter Springs, FL 32708

Aubrey Hayslip
860 Lancer Circle
Ocoee, FL 34761

Carol Winslow
399 Hinsdale Drive
Debary, FL 32713

An Carioti
1650 Sandlake Road, #107
Orlando, FL 32809

Aubrey Hayslip
4700 Millenia Boulevard, Ste
Orlando, FL 32839

Charles Price
6500 South US Hwy 17-92
Casselberry, FL 32730

Choice Point
PO Box 945664
Atlanta, GA 30394-5664

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

Douglas Hayes
19973-B Highway 181
Fairhope, AL 36537

Christopher Eastman
1013 Quarter Path Drive
Winterville, NC 28590

Daniel Scherrer
Apartment 1212
333 Northeast 24 Street
Miami, FL 33137

Earl K. Wood, Tax Collector
Post Office Box 545100
Orlando, FL 32854-5100

Christopher Romano
3413 West Obispo Street
Tampa, FL 33629

Dave Friedrich
12462 Randy Drive
Greencastle, PA 17225

Edward Porcard
17 Heidi Road
Lincoln, RI 02865

Cintas
PO Box 633842
Cincinnati, OH 45263

David Clark
4207 South Dale Mabry
Tampa, FL 33611

Eliazabeth Miller
132 Cobblers Cor
Carolina Shores, NC 28467

CIS
8001 North Dale Mabry Hwy
Building 601
Tampa, FL 33614

David Tannenbaum
1598 Grace Lake Circle
Longwood, FL 32750

Elisa Toucet
5010 Sabreline Terrace
Greenacres, FL 33463

Cit Technology Financial Ser
PO Box 550599
Jacksonville, FL 32255

Davis Grennan
189 Orange Avenue, #1600
Orlando, FL 32801

Ellie Mae
4115 Hopyard Road, Suite 200
Pleasanton, CA 94588

Cleta Cannon
PO Box 444
Orange Springs, FL 32182

Deanna Rogero
724 Muirfield Circle
Apopka, FL 32712

Excel Business Systems, Inc.
7985 South US Hwy 17-92
Fern Park, FL 32730

CNA Claims Plus
PO Box 946610
Maitland, FL 32794-6610

Deborah Brackett
1460 Carpenter Road, North
Titusville, FL 32796

Frank Farley
9 Holbrook Street
Medway, MA 02053

CNA Insurance
PO Box 382033
Pittsburgh, PA 15250-8033

Deutsche Bank National Trust
Attn:  Shapiro & Fishman
Suite 112
10004 North Dale Mabry Hwy
Tampa, FL 33618

Frank Farley
840 Main Street, Ste. 203
Millis, MA 02054

Franz Senenscher
2323 Adams Farm Pkwy
Greensboro, NC 27407

Fred Ginches
78 East Emerson Street
Melrose, MA 02176

Fred Ginches
Suite 326-B
100 Cummings Center
Beverly, MA 01915

Gale Turner
15 Edward Shores
Haines City, FL 33844

Gary Narvaez
4721 Walnut RidgeDrive
Orlando, FL 32829

General Electric Capital Cor
1961 Hirst Drive
PO Box 601
Moberly, MO 65270

Geoffrey Gluck
5508 South Macdill Avenue
Tampa, FL 33611

Gerardo Gonzalez
15910 SW 104th Terrace
Miami, FL 33196

Glantz & Glantz, P.A.
7951 SW Sixth Street #100
Plantation, FL 33324

GRP Loan, LLC
c/o Adorno & Yoss, LLP
2525 Ponce De Leon Blvd #400
Miami, FL 33134

HSBC Bank USA National Assoc
c/o Halina Trepka Cegielski
801 S University Drive, #500
Fort Lauderdale, FL 33324

International Documents
11629 South 700 East
Draper, UT 84020

Iron Mountain
PO Box 27128
New York, NY 10087-7128

J. Stephen McDonald, Esq.
Shuffield, Lowman & Wilson
PO box 1010
Orlando, FL 32803

Jacqueline & Gregory Ersek
1176 Eagles Watch Trail
Winter Springs, FL 32708

Janet Ann McBride
c/o Michael L. Davis, Esq.
PO Box 4979
Orlando, FL 32802

Jason Sullivan
24019 Green Gardens Court
Eustis, FL 32736

Jeff Dowdy
516 Harborview Pointe
Chapin, SC 29036

Jennie Underbakke
1621 Riverside Drive
Daytona Beach, FL 32117

Jennifer Proctor
195 Wekiva Springs Rd, #212
Longwood, FL 32779

Jeremy Siegen
151 Water Farm Way, #204
Altamonte Springs, FL 32714

Jerry DeLuca
633 Westchester Drive
Deland, FL 32724

Jessica Chegwin
555 Rochester Street
Oviedo, FL 32765

John & Kelly Sorris
510 Mirabay Boulvard
Apollo Beach, FL 33572

John Burns
25 Booth Boulevard
Safety Harbor, FL 34695

John Edmead
1594 Wrentham Court
Winter Springs, FL 32708

Johnny Short
PO Box 32336
Charleston, SC 29417

Julie Coombs
70 Morning Mist Lane
Charlotte, NC 28275

Linda Fraine
271 - 10th Street, Northeast
Naples, FL 34120

Mers
13059 Collections Ctr Drive
Chicago, IL 60693

Kend Dyer
3841 Castle Rock Drive
Zionsville, IN 46077

Lisa Hughes
2757 Mall Drive, Unit 105
Sarasota, FL 34231

Michael Armstrong
1010 East 13th Sq
Vero Beach, FL 32960

Kenney Fugleberg
7306 Olympia Court
Longwood, FL 32779

Mario Quinitero
Suite 101
10271 Southwest 72 Street
Miami, FL 33173

Michael Karas
224 West 6th Street, #5
Boston, MA 02127

Kerry Fowler
690 NE 3rd Avenue #108
Crystal River, FL 34428

Mario Quintero
14537 Southwest 95th Lane
Miami, FL 33186

Michael White
1066 Fogg Brook Place
Longwood, FL 32750

Kevin O'Brien
22 Paradise Point
Shalimar, FL 32579

Maritza Rojas
18207 Reynolds Pkwy
Orlando, FL 32833

Michelle Moore
205 Owls Roost Lane
Cordova, TN 38018

Kevin O'Brien
22 Sherwood Drive
Shalimar, FL 32579

Mark McCarthy
130 Riviera Duneswy #904
Palmetto, FL 34221

Michelle Moore
Ste. 300
5865 Ridgeway Center Pkwy
Memphis, TN 38120

Larry Williams
2754 East Wind Drive
Fernandina Beach, FL 32034

Mark McCarthy
100 Third Avenue West, #213
Bradenton, FL 34205

Miguel Cacceras
2006 Majestic Woods Blvd
Apopka, FL 32712

Larry Williams
1 North 4th Street, #207
Fernandina Beach, FL 32034

Mary Driscoll
290 North Second Street, #1
Cocoa Beach, FL 32931

Mike Johnson
473 Copenhagen Drive
Little River, SC 29566

Laura Ann Gibson
111 Defoe Court
Maryville, TN 37804

Matthew Stucki
3119 Highway 2
Laurel Hill, FL 32567

Miriam Levy
20365 Northeast 22 Place
Miami, FL 33180

Natany Bramingham, Inc.
1060 Maitland Center Commons
Suite 400
Maitland, FL 32751

Nathan Cassidy
4443 Malvern Hill Drive
Orlando, FL 32818

Nathaniel Zackery
5000 Legacy Oaks Drive
Orlando, FL 32839

Nationwide Title Clearing
2100 Alt 19 North
Palm Harbor, FL 34683

Nicholas Kremidas
19 Ludlow Road
Quincy, MA 02171

Nuvox
2301 Lucien Way
Maitland, FL 32751

Orlando Cruz-Solano
21219 Nautique Dr, Unit 304
Cornelius, NC 28031

Orlando Cruz-Solano
376 North East 90th Street
Miami, FL 33138

Oscar Davila
8830 SW 123 RD CT, #407
Miami, FL 33176

Oscar Davila
Suite 203
13170 Southwest 128th Street
Miami, FL 33186

Palm Beach Newspaper, Inc.
a Delaware Corporation
c/o John M. Koenig, Jr.
1551 Forum Place, Bldg #200
West Palm Beach, FL 33401

Paul Anastacio
14225 Southwest 57th Lane #8
Miami, FL 33183

Peggy Sue Duncan
1433 Lanier Road
Lakeland, FL 33810

Premium Financing Specialist
22432 Network Place
Chicago, IL 60673-1224

Rafael Cruz
21322 Southwest 94th Court
Miami, FL 33189

Ramon Morales
10175 West Sunrise Boulevard
Fort Lauderdale, FL 33322

Reed Laney
2411 Mandan Trail
Winter Park, FL 32789

Ricardo Deiteras
11692 SW 152 Court
Miami, FL 33196

Richard Dipasquale
5012 Milford Estates Point
Oviedo, FL 32765

Richard Gilbert
663 Majustic Oaks Drive
Charleston, SC 29412

Richard Gilbert
759 Folly Road, Suite B
Charleston, SC 29412

Richard Hayward
2233 Blossomwood Drive
Oviedo, FL 32765

Richard Perez
7323 Winding Lake Circle
Oviedo, FL 32765

Rick Byrd
2016 Hovington Circle West
Jacksonville, FL 32246

Robert Bobo
1077 Peninsula Cove Drive
Charleston, SC 29492

Robert Hetzel
6718 Duquaine Court
Nashville, TN 32705

Robert Rivera
517 West Colonial Drive
Orlando, FL 32804

Robin Young
70 Earnest Road
Chuckey, TN 37641

Stephanie Fire-Smith
5050 Southwest 140 Avenue
Ocala, FL 34481

SunTrust
Main Code MTG 1612
901 Semmes Avenue
Richmond, VA 23224

Roger Charriere
2010 Roosevelt Drive
Key West, FL 33040

Stephanie Fire-Smith
210 Northeast 2nd Street
Ocala, FL 34470

T-Mobile
PO Box 742596
Cincinnati, OH 45274

Ronald Scott
7 Lakeway Center Court #202
Austin, TX 78734

Stockton Turner & Co LLC
4620 State Road 7, #210
Fort Lauderdale, FL 33379

Tara Van Dyke
816 Magnolia Creek Cr
Orlando, FL 32828

Roy Balfour
65 Longfellow Road
Shrewsbury, MA 01545

Stockton turner, LLC
c/o Cameron Bennett, RA
1199 North Orange Avenue
Orlando, FL 32804

Taylor, Lombardi, Hell, Wydr
Suite 100
875 Concourse Parkway South
Maitland, FL 32751

Rudy Cano, Esq.
The Cano Law Firm
PO Box 6438
Kingwood, TX 77325-6438

Stockton Turner, LLC
420 Live Oaks Boulevard
Casselberry, FL 32707

TBF Financial LLC
c/o William M. Lindeman, PA
300 South Eola Drive
Orlando, FL 32801

Sales Boom, Inc.
1096 Queen Street, Suite 202
Halifax, NS, Canada B3H2 R9

Stockton Turner, LLC
2250 Lucien Way, #140
Maitland, FL 32751

TBF Financial LLC
c/o William M. Lindemon, PA
300 South Eola Drive
Orlando, FL 32801

Scott Windmiller
1001 Southwest 133 Street
Miami, FL 33176

Stockton-Turner & Company
180 Park Avenue, Suite 100
Winter Park, FL 32789

TBF Financial, LLC
520 Lake Cook Road, Suite 51
Deerfield, IL 60015

Shevin Chandler
4350 Hillcrest Drive #207
Hollywood, FL 33021

Stu Tesser
2912 Woodland Drive
Edgewater, FL 32141

Teresa Cardenas
9042 Heritage Bay Circle
Orlando, FL 32836

Shuffield Lowman
PO Box 1010
Orlando, FL 32802

Studio Bank
747 Bent Hickory Road
Charleston, SC 29414

Terry Wooward
8515 Streamview Drive, #E
Huntersville, NC 28078

The Bank of New York
c/o Awilda Esteras, Esq.
2525Ponce De Leon Blvd #400
Miami, FL 33134

The Bank of New York
c/o Awilda Esteras, Esq.
2525 Ponce De Leon Blvd #400
Miami, FL 33134

Theresa Woodcock
9408 Oak Street
Riverview, FL 33578

Thomas Chesmore
20 Park Street
Mendon, MA 01756

Thomas Penney
711 Viaminando Circle
Apopka, FL 32712

Thomas Penney
711 Via Milano Circle
Apopka, FL 32712

Thomas Reuters
PO Box 26803
New York, NY 10087-6803

Tim Sturtevant
101 Maple Springs Road
Wareham, MA 02571

Todd Leven Sohn
275 North Ranger Boulevard
Winter Park, FL 32792

Todd Levensohn
540 East Horatio Ave, #205
Maitland, FL 32751

Tony Cemoni
1024 Turkey Hollow
Winter Springs, FL 32708

Toshiba Business Solutions
6401 North Hill Road
Tamarac, FL 33321

Trish Menninger
111 White Hall Drive
Palm Coast, FL 32164

TXPS
c/o Lloyd E. Ward, P.C.
17120 Dallas Parkway, Suite
Dallas, TX 75248

U.S. Bank National Assoc
c/o Craig T. Smith, Esq.
Shapiro & Fishman, LLP
1004 N Dale Mabry Highway
Tampa, FL 33618

UCC Direct Services
PO Box 29071
Glendale, CA 91209-9071

Valerie Pyles
12509 Royal Dublin Avenue
Odessa, FL 33556

Vicki Davidson
126 Plant Avenue
Saint Louis, MO 63119

Wells Fargo Bank, N.A.
c/o Kikolay Kolev, Esq.
PO Box 25018
Tampa, FL 33622-5018

Wells Fargo Bank, N.A.
c/o Ben-Ezra & Katz, P.A.
Attorney for Plaintiffs
2901 Stirling Road, Suite 30
Fort Lauderdale, FL 33312

Wells Fargo Bank, N.A.
c/o Zakkiyyah T. White, Esq.
101 Plaza Real South, #219
Boca Raton, FL 33432

Wells Fargo Bank, N.A.
c/o Gladstone Law Group PA
Suite 219
101 Plaza Real South
Boca Raton, FL 33432

Wells Fargo Bank, NA
c/o Joseph H. Ganguzza
One Southeast Third Avenue
Miami, FL 33131

William Rickman
16 Broadshaw Circle
Candler, NC 28715

Xerox
PO Box 650361
Dallas, TX 75265-0361

Yunaimy Vazquez
3550 Southwest 140 Avenue
Miami, FL 33175

# United States Bankruptcy Court
## Middle District of Florida

In re    **Stockton Turner, LLC**                                      Case No. _____

                                          Debtor(s)            Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,501.00** |
| Prior to the filing of this statement I have received | $ | **3,501.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **November 17, 2009**                          **/s/ James Monroe**
                                          **James Monroe 311995**
                                          **James H. Monroe, P.A,**
                                          **PO Box 540163**
                                          **Orlando, FL 32854-0163**
                                          **407-872-7447  Fax: 407-872-7491**
                                          **JamesMonroe@JamesMonroePA.com**

---

# United States Bankruptcy Court
## Middle District of Florida

In re    **Stockton Turner, LLC**

Debtor(s)

Case No. _____

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Stockton Turner, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 17, 2009**

Date

**/s/ James Monroe**

**James Monroe 311995**

Signature of Attorney or Litigant

Counsel for    **Stockton Turner, LLC**

**James H. Monroe, P.A,**
**PO Box 540163**
**Orlando, FL 32854-0163**
**407-872-7447 Fax:407-872-7491**
**JamesMonroe@JamesMonroePA.com**